**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raymond OJEDA–AGUNDEZ, Defendant–Appellant.**

No. 00–50292.

D.C. No. CR–99–00038–RT–1.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Raymond Ojeda–Agundez appeals his conviction and 46 month sentence imposed following entry of a guilty plea to being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 18 U.S.C. § 1291, and we affirm.

Ojeda–Agundez contends that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), overruled *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and requires that his sentence be

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

remanded for re-sentencing to a term of no more than two-years incarceration because the indictment did not charge, Ojeda did not admit, and the court did not find beyond a reasonable doubt the fact that he was previously convicted of an aggravated felony prior to his deportation in 1998.

This claim is foreclosed in light of our decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, (9th Cir.), *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001), where we explicitly concluded that *Almendarez–Torres* survived *Apprendi* and rejected the argument raised by Ojeda–Agundez. *Id.* at 414–15 (concluding that "nowhere does *Apprendi* limit *Almendarez–Torres*" and affirming that all prior convictions "may continue to be treated as sentencing factors").

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.